UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

F.Y. EYE, INC.,

               Plaintiff,

    - against -

JESSICA TOLEDANO, ET AL.,

               Defendants.

23-cv-9424 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

The parties are directed to submit a Rule 26(f) report by

January 3, 2024.

SO ORDERED.

Dated:    New York, New York
         December 18, 2023

                               John G. Koeltl
                     United States District Judge