UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

F.Y. EYE, INC.,

              Plaintiff,

   - against -

JESSICA TOLEDANO, ET AL.,

             Defendants.

23-cv-9424 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    The parties are directed to appear for a telephone conference on **January 31, 2024,** at **12:00 p.m.**

    Dial-in: 888-363-4749, with access code 8140049.

SO ORDERED.

Dated:    New York, New York
           **January 8, 2024**

                                        /s/ John G. Koeltl
                                        John G. Koeltl
                                       **United States District Judge**