```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

F.Y. EYE, INC.,

                Plaintiff,

     - against -

JESSICA TOLEDANO, ET AL.,

               Defendants.

23-cv-9424 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The parties are directed to appear for a telephone conference on **February 8, 2024**, at **11:30 a.m.**

    Dial-in: 888-363-4749, with access code 8140049.

SO ORDERED.

Dated:    New York, New York
            January 29, 2024

                                            /s/ John G. Koeltl
                                              John G. Koeltl
                                       United States District Judge