UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

F.Y. EYE, INC.,

           Plaintiff,

- against -

JESSICA TOLEDANO, ET AL.,

           Defendants.

23-cv-9424 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

In light of the parties' joint stipulation to dismiss the defendants' counterclaims, see ECF No. 22, the conference on February 8, 2024 is canceled.

SO ORDERED.

Dated:    New York, New York
          February 6, 2024

                                              John G. Koeltl
                                       United States District Judge