UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

F.Y. Eye, Inc.,

                          Plaintiff,

-against-

Jessica Toledano, et al.,

                          Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/27/2024

1:23-cv-09424 (JGK) (SDA)

ORDER SCHEDULING
SETTLEMENT CONFERENCE

**STEWART D. AARON, United States Magistrate Judge:**

    A settlement conference is scheduled before Magistrate Judge Stewart D. Aaron Wednesday, March 20, 2024, at 10:00 a.m. EST in Courtroom 11C, United States Courthouse, 500 Pearl Street, New York, NY 10007.

    The parties must comply with the Settlement Conference Procedures for Magistrate Judge Stewart D. Aaron, available at http://www.nysd.uscourts.gov/judge/Aaron. Please note that Section 4 of the Procedures requires counsel for each party to send a pre-settlement conference letter no later than 7 days before the conference (*i.e.*, Wednesday, March 13, 2024).

**SO ORDERED.**

Dated:    New York, New York
            February 27, 2024

                                                     _____
                                                     STEWART D. AARON
                                                     United States Magistrate Judge